# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISLE OF CAPRI CASINOS, INC.<br>600 Emerson Road<br>Suite 300<br>St. Louis, MO 63141<br><br>          *Plaintiff,*<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br>1849 C St., NW<br>Washington D.C. 20240<br><br>          *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ISLE OF CAPRI CASINOS, INC.'S CERTIFICATE UNDER LCVR 7.1

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Isle of Capri Casinos, Inc. ("Isle of Capri"), certify to the best of my knowledge and belief that Isle of Capri has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made so that judges of this court may determine the need for recusal.

                                          Attorney of Record for Isle of Capri

                                          ROPES & GRAY LLP

                                          _____<br>
                                          Peter M. Brody<br>
                                          D.C. Bar No. 398717<br>
                                          David O. Stewart<br>
                                          D.C. Bar No. 336339

ROPES & GRAY LLP
700 12th Street, N.W.
Suite 900
Washington, DC 20005
(202) 508-4600

Attorneys for Isle of Capri Casinos, Inc.

Dated: June 28, 2007