UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISLE OF CAPRI CASINOS                )<br>600 Emerson Road                          )<br>Suite 300                                       )<br>St. Louis, MO 63141                      )<br>                                                     )<br>         Plaintiff,                             )<br>                                                     )<br>    v.                                            )<br>                                                     )<br>                                                     )<br>                                                     )<br>UNITED STATES DEPARTMENT  )<br>OF THE INTERIOR,                       )<br>1849 C Street N.W.,                      )<br>Washington, D.C.  20520              )<br>                                                     )<br>         Defendant.                         )<br>_____)  | Civil  Action  No. 07-1156 (JDB)<br>Electronic Case Filing |

ENTRY OF APPEARANCE

THE CLERK OF THIS COURT will please enter the appearance of Assistant United States Attorney **Marian L. Borum** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
MARIAN L. BORUM, D.C. Bar #435409
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555  4th Street, N.W. - Room  E4810
Washington, D.C. 20530
(202) 514-6531 / (202) 514-8780 (fax)
marian.l.borum@usdoj.gov