UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISLE OF CAPRI CASINOS, INC., | ) </br> ) </br> ) |
| Plaintiff, | ) Civil Action No. 07-1156 (JDB) |
| v. | ) </br> ) |
| UNITED STATES DEPARTMENT OF INTERIOR, | ) </br> ) |
| Defendant. | ) </br> ) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of thirty-one (31) days up to and including September 4, 2007, in which to move, answer or otherwise respond to the Complaint in this action. Defendant's response to the Complaint would otherwise be due on August 1, 2007. As grounds for this motion, defendant states as follows:

This case arises under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), and pertains to the processing of plaintiff's FOIA requests by the U.S. Department of Interior. Plaintiff is seeking records concerning plaintiff's "application to have forty-four acres of land taken into trust on its behalf." Complaint at ¶ 1.

Defendant has investigated this matter and is in the process of finalizing its processing of plaintiff's FOIA request. Defendant requests this enlargement because that finalization requires the input from several individuals, and cannot be completed by August 1, 2007. Defendant also requests this enlargement because undersigned counsel plans to be out of the office during the week of July 23, 2007.

Pursuant to Local Rule 7(m), undersigned counsel contacted plaintiff's counsel to ascertain his position on this motion. Plaintiff's counsel consented to this motion. As there are no pending deadlines, the granting of this motion will have no effect on any deadlines in this matter.

For the reasons cited above, defendant respectfully request that the enlargement of time to answer, move or otherwise respond to the Complaint be granted.

An order granting the relief sought is attached hereto.

>Respectfully submitted,
>
>/s/
>JEFFREY A. TAYLOR, D.C. Bar # 498610
>United States Attorney
>
>/s/
>RUDOLPH CONTRERAS, D.C. Bar # 434122
>Assistant United States Attorney
>
>/s/
>MARIAN L. BORUM, D.C. BAR # 435409
>Assistant United States Attorney
>555 4th Street, N.W., - Civil Division
>Washington, D.C.  20530
>(202) 514-6531
>Counsel for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of July, 2007, I caused the foregoing to be served first class mail, postage prepaid, to plaintiff's counsel:

Peter M. Brody
David O. Stewart
ROPES & GRAY LLP
700 12th Street, N.W., Suite 900
Washington, D.C.  20005

      /s/
MARIAN L. BORUM
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISLE OF CAPRI CASINOS, INC., | ) ) ) |
| Plaintiff, | ) Civil Action No. 07-1156 (JDB) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF INTERIOR, | ) ) |
| Defendant. | ) ) |

**O R D E R**

UPON CONSIDERATION of defendant's Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is, on this _____ day of August 2007,

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to and including September 4, 2007 in which to move, answer or otherwise respond to the Complaint.

                                          _____
                                          UNITED STATES DISTRICT JUDGE


Marian L. Borum
Assistant United States Attorney
555 Fourth Street, N.W., Room 4-4810
Washington, D.C.  20530

Peter M. Brody
David O. Stewart
ROPES & GRAY LLP
700 12th Street, N.W., Suite 900
Washington, D.C.  20005