UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ISLE OF CAPRI CASINOS, INC.,        )
                                    )
                    Plaintiff,      )
                                    )
        v.                          )    Civil No. 07-1156 (JDB)
                                    )
UNITED STATES DEPARTMENT OF         )
THE INTERIOR,                       )
                                    )
                    Defendant.      )
_____)

## STIPULATION TO DISMISS

Plaintiff, Isle of Capri Casinos, Inc., and Defendant, United States Department of the Interior, pursuant to Federal Rule of Procedure 41, stipulate and agree to the dismissal of this action without prejudice and with each party bearing its own fees and costs.

Respectfully submitted,

_____
PETER M. BRODY
D.C. Bar No. 398717
DAVID O. STEWART
D.C. Bar No. 336339
ROPES & GRAY, LLP
700 12th Street, N.W., Suite 900
Washington, D.C. 20005
202-508-4600
Counsel for Plaintiff

_____
JEFFREY A. TAYLOR
D.C. Bar No. 498610
UNITED STATES ATTORNEY

_____
RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney

_____
MARIAN L. BORUM
D.C. Bar No. 435409
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530
202-514-6531
Counsel for Defendant

Dated: August 24, 2007